## K. J. NELSON v. EDWARD F. BERKNER.[1]

May 3, 1918.

No. 20,803.

**Attorney's lien enforced.**

Where an attorney had a contract with his client for one-half of the amount recovered, and before trial the parties settled for $500 without the consent of the attorney, he was entitled to judgment against defendant for $250. [Reporter.]

Action in the district court for Brown county to recover $3,036.90. Albert Hauser, attorney for plaintiff, obtained an order directing defendant to show cause why the lien of said attorney should not be established and the amount thereof should not be determined. The matter was heard by Olsen, J., who made findings and ordered judgment in favor of the attorney for $250. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*Pfaender & Erickson*, for appellant.

*Albert Hauser*, pro se.

PER CURIAM.

The plaintiff sued the defendant in an action for the recovery of money. Before trial they settled for $500 without the consent of the plaintiff's attorney. The plaintiff had a contract with his attorney for one-half of the recovery. No question is made as to the validity of the contract. The plaintiff did not pay his attorney, and the attorney is unable to collect it. The attorney was entitled to a lien for his agreed compensation. G. S. 1913,

[1] Reported in 167 N. W. 423.

§ 4955. The court ordered judgment in favor of the attorney and against the defendant for $250. This was right.

Order affirmed.